DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOE NATHAN GRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1936

[March 7, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2019-CF-002132-AXXX-MB.

Joe Nathan Graham, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***